1  PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2  Name  Griggs, Jr.,            Damon            Larome
          (Last)                  (First)          (Initial)

3  Prisoner Number  Out-of-Custody Status, Jail #: 23370273  [Case #]

4  Institutional Address  Residence Address: 263 Vernon Street

5  San Francisco, CA. 94132

6

                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA

8  Damon L. Griggs, Jr.,          )
   (Enter the full name of plaintiff in this action.)
9                                  )   CV 08   3609
                    vs.            )
10                                 )   Case No. _____
                                   )   (To be provided by the clerk of court)
11 People Of The State Of California, )
   Superior Court Of California,  )   PETITION FOR A WRIT
12 City And County Of San Francisco, )   OF HABEAS CORPUS
   Department #: /22,              )
13 District Attorney, Kamala Harris, )
   Deputy District Attorney, Of Record, )
14 (Enter the full name of respondent(s) or jailor in this action)
                                   )
15

16              Read Comments Carefully Before Filling In

17  When and Where to File

18        You should file in the Northern District if you were convicted and sentenced in one of these

19  counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23        If you are challenging your conviction or sentence and you were not convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located. If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1  Who to Name as Respondent

2      You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.
6      If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10 A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE
11     1. What sentence are you challenging in this petition?
12         (a) Name and location of court that imposed sentence (for example; Alameda
13 County Superior Court, Oakland): _City And County Of San Francisco_ _San Francisco, Hall of Justice_
14 _Superior Court of California_ _Dept. #22_
   _850 Bryant St., S.F., CA. 94103_
15         Court                               Location
16         (b) Case number, if known __2370273__
17         (c) Date and terms of sentence __July 14, 2008, CTS, Violent Strike.__
18         (d) Are you now in custody serving this term? (Custody means being in jail, on
19             parole or probation, etc.)     Yes ____   No __X__
20             Where?
21             Name of Institution: _____
22             Address: _____
23     2. For what crime were you given this sentence? (If your petition challenges a sentence for
24 more than one crime, list each crime separately using Penal Code numbers if known. If you are
25 challenging more than one sentence, you should file a different petition for each sentence.)
26 __Penal Code 211, Robbery, Strikeable Offense.__
27 _____
28 _____

PET. FOR WRIT OF HAB. CORPUS         - 2 -

1  3. Did you have any of the following?

    Arraignment:    Yes _X_   No ___

    Preliminary Hearing:    Yes ___   No _X_

    Motion to Suppress:    Yes ___   No _X_

4. How did you plead?

    Guilty _X_   Not Guilty ___   Nolo Contendere ___

    Any other plea (specify) ___N/A___

5. If you went to trial, what kind of trial did you have?

    Jury ___   Judge alone ___   Judge alone on a transcript ___

6. Did you testify at your trial?    Yes ___   No ___

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment    Yes _X_   No ___

    (b)    Preliminary hearing    Yes ___   No _X_

    (c)    Time of plea    Yes _X_   No ___

    (d)    Trial    Yes ___   No _X_

    (e)    Sentencing    Yes _X_   No ___

    (f)    Appeal    Yes ___   No _X_

    (g)    Other post-conviction proceeding    Yes ___   No _X_

8. Did you appeal your conviction?    Yes _X_   No ___

    (a)    If you did, to what court(s) did you appeal?

    Court of Appeal    Yes ___   No _X_

    Year: ___   Result: ___

    Supreme Court of California    Yes _X_   No ___

    Year: _2008_   Result: _No Response._

    Any other court    Yes _X_   No ___

    Year: _2008_   Result: _No Reply. Sup. Ct. of S.F., CA._
    _Writ of Habeas Corpus_

    (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS    - 3 -

|   |     |                                                                                     |
|---|-----|-------------------------------------------------------------------------------------|
| 1 |     | petition?                                    Yes _X_   No___                        |
| 2 | (c) | Was there an opinion?                        Yes ___   No_X_                        |
| 3 | (d) | Did you seek permission to file a late appeal under Rule 31(a)?                     |
| 4 |     |                                              Yes ___   No_X_                        |

If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?    Yes _X_   No___

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

    I.   Name of Court: _Superior Court of California, San Francisco Facility_

         Type of Proceeding: _Writ of Habeas Corpus_

         Grounds raised (Be brief but specific):

         a. _Imminent Danger Leading To: 07/14/08 Plea._

         b. _Sixth Amendment Rights, Violation, U.S. Const.,_

         c. _Fourteenth Amendment Rights, Exculpatory Evidence._

         d. _Newly Discovered Exonerating Evidence: Witness Declarati_

         Result: _No Reply._ Date of Result: _____

    II.  Name of Court: _Supreme Court of California_

         Type of Proceeding: _Writ of Habeas Corpus_

         Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS      - 4 -

1  a. _Imminent Danger Leading To: 07/14/08 Plea._
2  b. _Sixth Amendment Rights, Violation, U.S. Const.,_
3  c. _Fourteenth Amendment Rights, Exculpatory Evidence_
4  d. _Newly Discovered Exonerating Evidence; Witness Declaration_
5  Result: _No Response._    Date of Result: _____

6  III.  Name of Court: _U.S. Dist Ct., Northern Dist. of California_
7  Type of Proceeding: _Civil Complaint, No.: C08-2954 CW (PR)_
8  Grounds raised (Be brief but specific):
9  a. _Covert Kidnapping_
10 b. _Conspiracy_
11 c. _Intimidation + Frame-Up._
12 d. _Covert Terror Against, Me._
13 Result: _Informa Pauperis Delayed_  Date of Result: _Pending_

14 IV.  Name of Court: _____
15 Type of Proceeding: _____
16 Grounds raised (Be brief but specific):
17 a. _____
18 b. _____
19 c. _____
20 d. _____
21 Result: _____  Date of Result: _____

22 (b)  Is any petition, appeal or other post-conviction proceeding now pending in any court?
23                    Yes _X_    No ___
24 Name and location of court: _U.S. Dist. Ct., Northern Dist of CA., #: C08-2954 CW (PR)_

25 B. GROUNDS FOR RELIEF
26     State briefly every reason that you believe you are being confined unlawfully. Give facts to
27 support each claim. For example, what legal right or privilege were you denied? What happened?
28 Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS         - 5 -

1  need more space.  Answer the same questions for each claim.
2       [Note: You must present ALL your claims in your first federal habeas petition.  Subsequent
3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4  499 U.S. 467,  111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]
5  Claim One: I was in, Imminent Danger Of More Serious Harm,
6  including, but not limited to, Continuous Loss
7  Supporting Facts: I was just sitting in, my, Girlfriend's,
8  Rental Car, when a, Friend, Ran-up, and,
9  jumped into, my, Girlfriend's, Rental Car,
10  and, He, asked, me, to give, Him [Witness], a Ride
11  Claim Two: Framed-Up For Robbery/By Conspirators
12  Targeting, my, Families', Legacy In, Homer, Louisiana,
13  Supporting Facts: I am, Innocent, but I had to take
14  a, Plea Bargained, Strike, Felony Robbery
15  Conviction, Penal Code 211, ( to get, my,
16  person out of, Imminent Danger Of More
17  Claim Three: _____
18  _____
19  Supporting Facts: _____
20  _____
21  _____
22  _____
23       If any of these grounds was not previously presented to any other court, state briefly which
24  grounds were not presented and why:
25       N/A
26  _____
27  _____
28  _____

PET. FOR WRIT OF HAB. CORPUS          - 6 -

[Civ. Proc. Rule 23(e) 28 U.S.C.A.
Absent Class Member Status.]
Waskom Estate, in, Marshall, Texas.
(AKA: Wascom Estate)

1. List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

Eula Lane Washington-Grimes-Ford Estate, in, Homer, Louisiana

[Motives For Terror Against, ME.]

<u>In Re: Lease Oil Antitrust Litigation (No. II).</u>
<u>MDL No. 1206, United States District Court,</u>
<u>S.D. Texas, Corpus Christi Division; May 10, 1999.</u>

Do you have an attorney for this petition?  Yes___  No _X_

If you do, give the name and address of your attorney:

In Pro Se / In Proper

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on  July 19, 2008                    [signature]
           Date                              Signature of Petitioner

(Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS          -7-

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Damon L. Griggs, Jr.,
    Petitioner/Appellant,

v.

People Of The State Of California,
Superior Court Of California,
Department 22,
District Attorney, Kamala Harris,
Deputy District Attorney,
    Respondents/Appeallees.

Writ Of Habeas Corpus No.

Superior Ct. Of CA.
Case No.
2370273

Declaration Of, Petitioner/Appellant, Damon L. Griggs, Jr,, In Support Of, Petitioner's/Appelant's, Writ Of Habeas Corpus, To: Dismiss The, July 14, 2008 Conviction By Plea Bargain To Covertly Get Out Of Imminent Danger Of More Serious Injury And Loss Of Liberty, And/Or, To: Amend, By Stricking The, Felony Strick And Plea, Of The Offense, Which I The, Petitioner/Appellant, Damon L. Griggs, Jr., Was Totally, INNOCENT OF.

    I, Damon L. Griggs, Jr., declare:

1. That, on, May 30, 2008, I, the, Petitioner/Appellant, Damon L. Griggs, Jr., was totally, NOT, involved in the deliberate, intentional, willfull, planning, or, commission of a, Felony Crime, of, Robbery, Penal Code 211.

2. That, on, May 30, 2008, the automobile that I had dominion over, without, My, knowledge became an, Alleged, get-away car, in an, Alleged, crime of, Robbery, Penal Code 211, Violation.

3. I, Damon L. Griggs, Jr., the herein petitioner/appellant, NEVER, threatened, approached, or, robbed, Any, ALLEGED, Victim(s) on, May 30, 2008.

4. I, Damon L. Griggs, Jr., the petitioner/appellant, was , In Imminent Danger Of More Serious Injury And Loss Of Liberty, which is the, Main Reason, that I made a, Guilty, Strickable Offense, Plea, as a means to get out-of-custody status, to

(1 of 2)

obtain the, Exculpatory/Exonerating Evidences, i.e., Signed, Declaration Of The Defense, Witness/Co-Defendant(s)', Pierre C. Saunders, supporting material evidence statements of, My, Innocence, on, May 30, 2008.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:   July 19, 2008

_____
Damon L. Griggs, Jr.,
Petitioner/Appellant, In Pro Se
Jail#/Case#: 2370273

( 2 of 2)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA



Damon L. Griggs, Jr.,
    Petitioner/Appellant,

v.

People Of The State Of California,
Superior Court Of California,
Department 22,
District Attorney, Kamala Harris,
Deputy District Attorney,
    Respondents/Appeallees.

Writ Of Habeas Corpus No.

Superior Ct. Of CA.
Case No.
2370273

Declaration Of,
Co-Defendant,
Pierre C. Saunders,
In Support Of,
Petitioner/Appellant,
Damon L. Griggs, Jr.'s
Writ Of Hebeas Corpus,
To Dismiss The,
July 14, 2008,
Conviction, Or, Amend
By Striking The,
Felony Strike, Of The
Offense, Which The
Petitioner/Appellant,
Damon L. Griggs, Jr.,
Was Totally Innocent
Of.

    I, Pierre C. Saunders, declare:

1. That, on, May 30, 2008, the, Petitioner/Appellant, Damon L. Griggs, Jr., was totally, NOT, involved in the crime of, Robbery, Penal Code 211.

2. That, on, May 30, 2008, I did desparately jump into the petitioner/appellant's car, without, His, knowledge of the, Alleged, altercation/robbery/misunderstanding that had just transpired between I and the, Alleged, Victims.

3. The, Alleged, Victims, was, NEVER, threatened, approached, or, robbed, by the, Petitioner/Appellant, Damon L. Griggs, Jr., and I made a mistake, when I snookied, Him, into letting, Me, into, His, car, without, His, knowledge of the, Imminent Danger, that could follow.

(1 of 2)

1     I declare under the penalty of perjury that the foregoing
2 is true and correct.

11   Dated:   August 04, 2008

*Witness' Signed Copy In-Route To This Herein Court.*
*07/19/08*

Pierre C. Saunders
Jail #: 2370253
Case #:
Witness/Defendant Herein

(2 of 2)