UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Damon L. Griggs, Jr., ) Writ Of Habeas Corpus No.
    Petitioner/Appellant, )
                        C08-3609 CW (BR)
v.
                        Informational Motion

People Of The State Of California,
Superior Court Of California,
Department 22,
District Attorney, Kamala Harris,
Deputy District Attorney Of Record,
    Respondents/Appeallees.

FILED
08 JUL 30 PM 3:21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

New Information

The, Appellate Department Of San Francisco, Superior Court No., is:
Writ Of Habeas Corpus
<u>5830</u>

And, the, Supreme Court Of California No., is: <u>A122190</u>,

Writ Of Habeas Corpus.

Dated: July 30, 2008

Damon L. Griggs, Jr.,
Petitioner/Appellant,
In Pro Per