UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Writ Of Habeas Corpus No.
C-08-3609CW

Superior Ct. Of CA.
Case No.
2370273

Damon L. Griggs, Jr.,
    Petitioner/Appellant,

v.

People Of The State Of California,
Superior Court Of California,
Department 22,
District Attorney, Kamala Harris,
Deputy District Attorney,
    Respondents/Appeallees.

Declaration Of, Co-Defendant, Pierre C. Saunders, In Support Of, Petitioner/Appellant, Damon L. Griggs, Jr.'s Writ Of Hebeas Corpus, To Dismiss The, July 14, 2008, Conviction, Or, Amend By Strik-ing The, Felony Strike, Of The Offense, Which The Petitioner/Appellant, Damon L. Griggs, Jr., Was Totally Innocent Of.

    I, Pierre C. Saunders, declare:

1. That, on, May 30, 2008, the, Petitioner/Appellant, Damon L. Griggs, Jr., was totally, NOT, involved in the crime of, Robbery, Penal Code 211.

2. That, on, May 30, 2008, I did desparately jump into the petitioner/appellant's car, without, His, knowledge of the, Alleged, altercation/robbery/misunderstanding that had just transpired between I and the, Alleged, Victims.

3. The, Alleged, Victims, was, NEVER, threatened, approached, or, robbed, by the, Petitioner/Appellant, Damon L. Griggs, Jr., and I made a mistake, when I snookied, Him, into letting, Me, into, His, car, without, His, knowledge of the, Imminent Danger, that could follow.

1      I declare under the penalty of perjury that the foregoing
2  is true and correct.

11  Dated: August 04, 2008       X *[signature] Pierre Saunders*
12      Pierre C. Saunders
    Jail #: 2370253
13      Case #:
    Witness/Defendant Herein